UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TIFFANY SELBY, IRINA VORONINA, and JOANNA KRUPA,

            Plaintiffs,

- against -

109 RESTAURANT CORP., d/b/a CAFÉ ROYALE and JOHN DOXEY,

            Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 05 2017 ★
LONG ISLAND OFFICE

Case No. 15-cv-5880 (LDW)(AKT)

[PROPOSED] **ORDER AND JUDGEMENT**

This matter having come before the Court by motion of plaintiffs TIFFANY SELBY, IRINA VORONINA, and JOANNA KRUPA (collectively, "Plaintiffs") for entry of a default judgment against defendants 109 RESTAURANT CORP., d/b/a CAFÉ ROYALE and JOHN DOXEY (collectively, "Defendants") (Dkt. 16) on the grounds that Defendants have failed to answer or otherwise defend against the Complaint in this action. Accordingly, it is hereby:

ORDERED that Plaintiffs Motion for Entry of Default Judgment against 109 Restaurant and John Doxey (Dkt. 16) is hereby GRANTED; and it is

FURTHER ORDERED Judgment is hereby entered against Defendants in favor of Plaintiffs; and it is

FURTHER ORDERED that Plaintiffs are hereby awarded their actual damages of Three Hundred and Sixty Thousand Dollars ($360,000.00), plus interest on the amount due until the this amount is paid in full; and it is

FURTHER ORDERED that Plaintiffs are hereby awarded attorneys' fees in the amount of Fifteen Thousand Nine-Hundred Sixty-Two Dollars and Fifty Cents ($15,962.50); and it is,

FURTHER ORDERED that Plaintiffs are hereby awarded the costs incurred in the prosecution of this action in the amount of Six Thousand Three-Hundred Ninety Dollars ($6,390.00); and it is

FURTHER ORDERED that Defendants are hereby permanently enjoined from using Plaintiffs' photos, images, and likeness ("Images") to promote their club, Café Royale.

Case closed.

SO ORDERED.

Date: January 5, 2017
Central Islip, NY

s/ Leonard D. Wexler
_____
HONORABLE LEONARD D. WEXLER
United States District Judge